# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

————

No. 17-51125
Summary Calendar

————

United States Court of Appeals
Fifth Circuit

**FILED**
September 11, 2018

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

Plaintiff–Appellee,

v.

CAROL JOHNENE MORRIS,

Defendant–Appellant.

————

Appeals from the United States District Court
for the Western District of Texas
USDC No. 7:97-CR-10-1

————

Before CLEMENT, OWEN, and WILLETT, Circuit Judges.

PER CURIAM:[*]

Carol Johnene Morris, former federal prisoner # 76547-080 and current Texas prisoner # 1681899, moves to proceed in forma pauperis (IFP) in her appeal from the district court's order denying her a motion for free transcripts to file a third motion for coram nobis relief. Morris's brief focuses on appealing the denial of coram nobis relief in the district court's order of August 8, 2016, which was the subject of a prior appeal. She has not addressed her eligibility

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 17-51125

for a transcript nor has she addressed this court's sanction order, which resulted from the prior appeal. Although pro se briefs are liberally construed, even pro se litigants must brief arguments in order to preserve them. *Yohey v. Collins*, 985 F.2d 222, 225 (5th Cir. 1993). Morris has abandoned all nonfrivolous issues for appeal. *See Brinkmann v. Dallas Cty. Deputy Sheriff Abner*, 813 F.2d 744, 748 (5th Cir. 1987).

Because Morris has not shown that her appeal involves legal points arguable on their merits, leave to proceed IFP is DENIED. *See Howard v. King*, 707 F.2d 215, 220 (5th Cir. 1983). Because the appeal is frivolous, it is DISMISSED. *See Baugh v. Taylor*, 117 F.3d 197, 202 n.24 (5th Cir. 1997); 5TH CIR. R. 42.2.